# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREI POLEZHAEV,<br><br>                                    Petitioner,<br><br>v.<br><br>Christopher LaRose, Senior Warden, Otay Mesa Detention Center; et al.,<br><br>                                    Respondents. | Case No.:  26-cv-2028-BJC-VET<br><br>**ORDER GRANTING PETITION OF HABEAS CORPUS**<br><br><br>**[ECF No. 1]** |

On March 31, 2026, Andrei Polezhaev ("Petitioner"), appearing *pro se*, filed a petition for a writ of habeas corpus. ECF No. 1.  On April 2, 2026, the Court set a briefing schedule and issued a limited stay.  ECF No. 2.  On April 8, 2026, Respondents filed a return to the petition stating that "the government does not oppose the petition and defers to the Court on the appropriate relief."  ECF No. 5 at 3.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Having shown good cause, Respondents shall immediately release Petitioner under the previous set conditions when he was released under humanitarian parole in 2023. ECF No. 7 at 2. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  April 17, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-2028-BJC-VET